FILED BY ___ D.C.

05 MAY -6 AM 8:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

RICHARD T. DOUGHTIE, III
UNITED STATES BANKRUPTCY
TRUSTEE FOR
VINCENT O'NEIL BROOKS,

    Plaintiff,

v.                                Case No. 03-2073-MI/A

ASHLAND INC. d/b/a VALVOLINE
INSTANT OIL CHANGE,

    Defendant.

## ORDER ACCEPTING RESPONSE OUT OF TIME

This cause came on to be heard upon motion of Patricia A. Odell and the named Plaintiff/Trustee, Richard T. Doughtie, III. For good cause shown and the record as a whole, the Court finds the motion well taken and grants same.

IT IS ORDERED that the brief submitted by the plaintiff is deemed filed when received by the Clerk.

JON P. McCALLA

Dated: MAY 5, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-6-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CV-02073 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Angie Davis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Patricia A. Odell
LAW OFFICE OF PATRICIA ODELL
1374 Madison Ave.
Memphis, TN 38104

Richard T. Doughtie
239 Adams Ave.
Memphis, TN 38103

Robert M. Williams
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT